JUDGE CASTEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

'08 CIV 6514

------------------------------------------------------------X

BRUNEL SHIPPING CO.,                                 :    08 Civ. _____

                                Plaintiff,           :    ECF CASE

                                                          JUL 22 2008

        - against -                                  :    DISCLOSURE OF
                                                     :    INTERESTED PARTIES
PT SAMUDRA SRIWIJAYA SUKSESINDO,                     :    PURSUANT TO
                                                     :    FEDERAL RULE 7.1
                                Defendant.           :

------------------------------------------------------------X

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Plaintiff certifies that the following are its corporate parent(s) or any publicly

traded corporation(s) that own(s) 10% or more of its stock:  NONE.

Dated: July 22, 2008
        Southport, CT


                                        The Plaintiff,
                                        BRUNEL SHIPPING CO.


                                By: _____
                                        Nancy R. Siegel
                                        Patrick F. Lennon
                                        LENNON, MURPHY & LENNON, LLC
                                        The Gray Bar Building
                                        420 Lexington Avenue, Suite 300
                                        New York, NY 10170
                                        (212) 490-6050 - phone
                                        (212) 490-6070 – fax
                                        nrs@lenmur.com
                                        pfl@lenmur.com