# Lennon, Murphy & Lennon, LLC
ATTORNEYS AT LAW

**The GrayBar Building**
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070
www.lenmur.com

**Tide Mill Landing**
2425 Post Rd, Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615
mail@lenmur.com

## MEMO ENDORSED

September 4, 2008

<u>Via Facsimile (212) 805-7949</u>
Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

Re: **Brunel Shipping Co. v. PT Samundra Sriwijaya Suksesindo**
Docket No. 08 Civ. 6514 (PKC)
Our Ref: 1522

Dear Judge Castel:

We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pre-trial conference scheduled for Friday, September 12, 2008 at 9:30 a.m.

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On July 22, 2008, an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York.

The Defendant has not appeared and, despite daily service of the Writ of Attachment on the garnishee banks, none of Defendant's property has been restrained. As Defendant has not appeared and no funds have been attached, we respectfully request a ninety (90) day adjournment of the pre-trial conference during which time we will continue to serve the Writ of Attachment seeking secure Plaintiff's claim and to obtain jurisdiction over the Defendant.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. This is Plaintiff's first request for an adjournment. We thank your Honor for consideration of this request.

Respectfully submitted,

Nancy R. Siegel

*[Handwritten endorsement: Conference adjourned from September 12th to November 26, 2008 at 9:30 a.m. SO ORDERED. P. Kevin Castel, USDJ 9-4-08]*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08

Patrick F. Lennon  Charles E. Murphy  Kevin J. Lennon  Nancy R. Siegel  Anne C. LeVasseur  Coleen A. McEvoy